# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00688-CV

**David J. Potter, II, Appellant**

**v.**

**Peter Steve Morin, Anna M. Morin, and John Sisson, Appellees**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
## NO. 120544-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant David J. Potter, II filed a notice of appeal in the trial court on October 23, 2014. On November 4, 2014, appellees filed a motion to dismiss the appeal based on lack of jurisdiction. They contended that the notice of appeal was not timely. Potter has filed a response to the motion to dismiss. He agrees that the notice of appeal was not timely. *See* Tex. R. App. P. 26.1. The notice of appeal also was not filed within 15 days after the deadline for filing the notice of appeal. *See id*. R. 26.3. Accordingly, we grant appellees' motion to dismiss and dismiss the appeal for want of jurisdiction. *See id*. R. 42.3(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: November 26, 2014